UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELDORADO BROWN,

Plaintiff,

v.

KING COUNTY, et al.,

Defendants.

Case No. 2:25-cv-02038-TLF

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Theresa L. Fricke:

This matter comes before the Court on the parties' filing of a joint status report ("JSR"). Dkt. 106. Pursuant to the JSR, the current pending motions:

- defendants' motion for summary judgment (Dkt. 26), and
- plaintiff's motions for leave to take deposition (Dkts. 34, 35), motions to dismiss defendants Hurt and Schneider (Dkts. 38, 40), motions to strike defendants' declaration of Andrea Williams (Dkt. 37, 39), motion to stay defendants' motion for summary judgment (Dkt. 42), motion for expedited injection [sic] (Dkt. 58), motion for defendants to copy and produce camera video footage (Dkt. 60), motion for injunction (Dkt. 63), motion requesting conference call (Dkt. 65), motion to compel defendants King County to answer grievances (Dkt. 67), motion to amend complaint (Dkt. 70), motion for

extension of time re certificate of service (Dkt. 73), motion to add evidence and supplement complaint (Dkt. 78), and motion to issue to parties and supplement complaint (Dkt. 81)

are DENIED as withdrawn, without prejudice.

The Clerk is directed to mark the above motions as denied as withdrawn without prejudice and terminate the motion designations.

Dated this 19th day of October, 2026.

Theresa L. Fricke
United States Magistrate Judge